OPINION — AG — AGREEMENT ENTERED TO: WILL USE A SMALL TRACT OF LAND BELONGING TO THE STATE, RAYALTY OF THE PROCEEDS, DRILLING DIRECTIONAL OIL WELLS ON STATE LAND, OIL AND GAS LEASE, OPINION: UNLESS AND UNTIL A SIMILAR AUTHORIZING ACT IS ENACTED, AN AGREEMENT, SUCH AS IS REFERRED TO BY YOU, CANNOT BE VALIDLY ENTERED INTO. CITE: 74 O.S. 1951 104 [74-104], 74 O.S. 1961 97 [74-97], 74 O.S. 1961 98 [74-98], 74 O.S. 1961 107 [74-107], 74 O.S. 1961 125.2 [74-125.2], 74 O.S. 1961 126.1 [74-126.1] [74-126.1] (FRED HANSEN)